IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

*Electronically Filed*

In re: JAMES L SEATON ) Case no. 17-10805-13
SONYA C SEATON ) Chapter 13
Debtor(s) )

## WITHDRAWAL OF
## TRUSTEE'S OBJECTION TO CLAIM
## NUMBER 4 BY UNITED CONSUMER FINANCIAL

Comes now, Carl B. Davis, Chapter 13 Trustee herein, and advises the Court that the issues included in his objection to claim number 4, filed herein by United Consumer Financial, have been resolved and, therefore, the Trustee withdraws his objection to the claim.

*s/Carl B. Davis*
Carl B. Davis, S. Ct. #13705
Standing Chapter 13 Trustee
300 W. Douglas Ave., Suite 650
Wichita KS 67202-2916
cbdsig@wichita13trustee.com
(316) 267-1791

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Withdrawal of Objection to Claim was sent via CM/ECF to the debtor's attorney, creditors & other parties in interest via the CM/ECF system of the United States Bankruptcy Court for the District of Kansas and/or was mailed by US Mail, postage prepaid, on November 7, 2017, properly addressed to each of the following:

UNITED CONSUMER FINANCIAL
C/O BASS & ASSOCIATES
3936 E FT LOWELL RD #200
TUCSON, AZ 85712-3210

SARAH L NEWELL
NEWELL LAW OFFICE
200 W DOUGLAS #900
WICHITA, KS 67202

*s/Kristine D. McCosh*
Kristine D. McCosh, Claim Administrator